IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KENNETH TURNER

    Plaintiff,

vs.                                                                         CASE NO.: 1:06cv239-SPM/AK

PERRY ROOFING INC.,
a Florida corporation,

    Defendant.
_____/

## ORDER OF DISMISSAL

Pursuant to Plaintiff's Notice of Settlement (doc. 13) and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1.     This case is dismissed with prejudice.

2.     The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 20th day of March, 2007.

                                  *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  United States District Judge